**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Tomas GARCIA–GUZMAN,**
**Defendant–Appellant.**

No. 03–40205.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 22, 2003.

James Lee Turner, Assistant US Attorney, David Hill Peck, US Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Hector Anthony Casas, Roland E. Dahlin, II, Federal Public Defender, Laura Fletcher Leavitt, Assistant Federal Public Defender, Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before KING, Chief Judge, and JOLLY and STEWART, Circuit Judges.

PER CURIAM.*

Tomas Garcia–Guzman ("Garcia") appeals his guilty-plea conviction and sentence for illegal reentry following deportation. Garcia argues pursuant to *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), that the "felony" and "aggravated felony" provisions of 8 U.S.C. § 1326(b)(1) and (2) are elements of the offense, not sentence enhancements, making those provisions unconstitutional. Garcia concedes that this argument is foreclosed by *Almendarez–*

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

*Torres v. United States*, 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), and he raises it for possible direct review by the Supreme Court.

Garcia's *Apprendi* argument is foreclosed by *Almendarez–Torres*, 523 U.S. at 235, 118 S.Ct. 1219. We must follow the precedent set in *Almendarez–Torres* "unless and until the Supreme Court itself determines to overrule it." *United States v. Dabeit*, 231 F.3d 979, 984 (5th Cir.2000) (internal quotation and citation omitted).

AFFIRMED.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.